**STATE of Missouri, Respondent,**

v.

**David R. DARR Sr., Appellant.**

**No. WD 76044.**

Missouri Court of Appeals,
Western District.

April 29, 2014.

Application for Transfer to Supreme Court Denied May 27, 2014.

Application for Transfer Denied Aug. 19, 2014.

---

Shaun Mackelprang, Jefferson City, MO, for Respondent.

Kevin Louis Schriener, Clayton, MO, for Appellant.

Before Division One ANTHONY REX GABBERT, PJ., VICTOR C. HOWARD, THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

David R. Darr, Sr., appeals from a judgment entered upon a jury verdict convicting him of one count of statutory sodomy in the first degree, one count of child molestation in the first degree, three counts of statutory sodomy in the second degree, and two counts of statutory sodomy in the first degree. We affirm. Rule 30.25(b).